USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERINE VASQUEZ,<br><br>      Plaintiff,<br><br>    -against-<br><br>CONCOURSE VILLAGE, INC., RICHARD VAZQUEZ, MADISON SECURITY GROUP, and PRESTIGE MANAGEMENT, INC.,<br><br>      Defendants. | 1:21-cv-2817-MKV<br><br>ORDER OF DISMISSAL |

MARY KAY VYSKOCIL, United States District Judge:

  The Court is in receipt of a notice from Magistrate Judge Lehrburger, to whom this matter was referred for settlement purposes, informing the Court that the parties have reached a settlement in principle. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **July 31, 2021**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: June 30, 2021
   New York, NY

**MARY KAY VYSKOCIL**
**United States District Judge**